IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CEDRIC O. SNEAD, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 7:22cv00103 |
| ) | |
| v. ) | **MEMORANDUM OPINION** |
| ) | |
| WESTERN VA, REIGINAL ) | By:   Hon. Thomas T. Cullen |
| JAIL, *et al.*, ) | United States District Judge |
| ) | |
| Defendants. ) | |

Plaintiff Cedric O. Snead, a former inmate proceeding *pro se,* filed this civil rights action under 42 U.S.C. § 1983. After filing this action, Snead advised the court that he had been released from incarceration. (*See* ECF No. 10.) By order entered March 24, 2022, the court advised Snead that because he was no longer an inmate, he would not be allowed to pay the filing fee in installments under the Prison Litigation Reform Act. (*See* ECF No. 12.) The court ordered Snead to pay the balance of the filing fee or otherwise respond to the order within 10 days. (*Id.*) The court warned Snead that failure to pay the filing fee or otherwise respond to the order would result in immediate dismissal of the action without prejudice. (*Id.*) Snead did not respond to the court's order. Accordingly, the court will dismiss this action without prejudice for failure to comply.

**ENTERED** this 25th day of April, 2022.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE